| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) MARTIN, BEVERLY B. | 2. Court or Organization Eleventh Circuit | 3. Date of Report 03/12/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2017 to 12/31/2017 |

**7. Chambers or Office Address**

56 Forsyth Street NW
Atlanta, GA 30303

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of California, Irvine | January 29-31, 2017 | Irvine, CA | UCI Law 2016-2017 Moot Court Finals | Transportation, Meals and Lodging |
| 2. | Yale Law School | February 26-27, 2017 | New Haven, CT | Talk to Law School Class | Transportation, Meals and Lodging |
| 3. | New York University | March 30 - April 1, 2017 | New York City, NY | Root Tilden - NYU | Transportation, Meals and Lodging |
| 4. | Legal Services Corp. Meeting | April 25-26, 2017 | Washington, DC | Speech at Legal Services Corp. Meeting | Meal and Lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 03/12/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 03/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America checking Account | A | Int./Div. | L | T | | | | | |
| 2. Bank of America Money Market Account | A | Int./Div. | K | T | | | | | |
| 3. Bank of America Money Market Account | A | Int./Div. | J | T | | | | | |
| 4. Energy Sector SPDR Trust | B | Dividend | K | T | Sold (part) | 01/23/17 | J | A | |
| 5. | | | | | Sold (part) | 05/31/17 | J | A | |
| 6. Energy Sector SPDR Trust (IRA) | A | Dividend | J | T | Sold (part) | 05/31/17 | J | A | |
| 7. Financial Sector SPDR Trust ETF | B | Dividend | M | T | | | | | |
| 8. Financial Sector SPDR Trust ETF (IRA) | A | Dividend | K | T | | | | | |
| 9. Ishares IBOXX $ INVT Grade Corporate Bond | A | Dividend | K | T | Buy (add'l) | 03/08/17 | J | | |
| 10. Ishares IBOXX $ INVT Grade Corporate Bond (IRA) | A | Dividend | J | T | Buy | 07/06/17 | J | | |
| 11. Ishares MSCI Emerging Markets ETF | A | Dividend | K | T | Buy (add'l) | 05/31/17 | J | | |
| 12. Ishares MSCI Emerging Markets ETF (IRA) | A | Dividend | J | T | Buy (add'l) | 05/31/17 | J | | |
| 13. Ishares Select Divid ETF DE | B | Dividend | K | T | | | | | |
| 14. Ishares Select Divid ETF DE (IRA) | A | Dividend | K | T | | | | | |
| 15. Ishares Europe ETF [Formerly Ishares S&P Europe 350 Index] | B | Dividend | L | T | | | | | |
| 16. Ishares Europe ETF [Formerly Ishares S&P Europe 350 Index (IRA) | A | Dividend | K | T | Buy (add'l) | 05/31/17 | J | | |
| 17. Ishares U.S. Technology ETF (IRA) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 03/12/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. J.M. & Star, Macon, Bibb County, GA | B | Rent | J | W | | | | | |
| 19. Lone Star Corp | D | Dividend | L | W | | | | | |
| 20. Powershares QQQ Trust ETF Ser 1 | A | Dividend | M | T | Sold (part) | 02/13/17 | J | | |
| 21. | | | | | Sold (part) | 03/15/17 | J | A | |
| 22. | | | | | Sold (part) | 05/15/17 | J | A | |
| 23. | | | | | Sold (part) | 06/06/17 | J | A | |
| 24. | | | | | Sold (part) | 10/03/17 | J | | |
| 25. | | | | | Sold (part) | 10/05/17 | J | | |
| 26. Powershares QQQ Trust ETF Ser 1 (IRA) | A | Dividend | K | T | | | | | |
| 27. Rental Property, Atlanta, Fulton County, GA | E | Rent | M | R | | | | | |
| 28. SPDR S&P Biotech ETF DE | A | Dividend | K | T | Sold (part) | 06/26/17 | J | A | |
| 29. | | | | | Sold (part) | 10/04/17 | J | A | |
| 30. SPDR S&P Biotech EFT (IRA) | A | Dividend | J | T | Sold (part) | 02/28/17 | J | A | |
| 31. UBS Bank USA Dep Acct (IRA) | A | Interest | J | T | | | | | |
| 32. UBS Bank USA Deposit | A | Interest | K | T | | | | | |
| 33. Vanguuard Index Funds Vanguard Growth ETF | B | Dividend | M | T | | | | | |
| 34. Vanguard Index Funds Vanguard Growth ETF (IRA) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MARTIN, BEVERLY B.** | 03/12/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Index Funds Vanguard Mid Cap ETF | C | Dividend | N | T | | | | | |
| 36. Vanguard Index Funds Vanguard Mid Cap ETF (IRA) | A | Dividend | K | T | | | | | |
| 37. Vanguard Index Funds Vanguard Small Cap ETF | B | Dividend | M | T | | | | | |
| 38. Vanguard Index Funds Vanguard Small Cap ETF (IRA) | A | Dividend | K | T | | | | | |
| 39. Vanguard Index Funds Vanguard Value ETF | D | Dividend | N | T | Buy (add'l) | 01/23/17 | J | | |
| 40. Vanguard Index Funds Vanguard Value ETF (IRA) | A | Dividend | K | T | | | | | |
| 41. Vanguard Sector Index FD Vanguard Health Care | B | Dividend | L | T | | | | | |
| 42. Vanguard Sector Index FD Vanguard Health Care (IRA) | A | Dividend | K | T | | | | | |
| 43. Wisdomtree Trust Europe Hedged Equity FD ETF | B | Dividend | L | T | | | | | |
| 44. Wisdomtree Trust Europe Hedged Equity FD ETF (IRA) | A | Dividend | K | T | | | | | |
| 45. Wisdomtree Trust Japan Hedged Equity FD | B | Dividend | L | T | | | | | |
| 46. Wisdomtree Trust Japan Hedged Equity FD (IRA) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 27: I bought this rental property on June 15, 2016 for a purchase price of $235,000.

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 03/12/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ BEVERLY B. MARTIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544